SIGMUND KRAUTER, Respondent, *v.* PACIFIC TRADING CORPORATION OF AMERICA, INC., Appellant.

*Arbitration — vacation of arbitration agreement, award and judgment entered thereon on ground of fraud.*

*Krauter* v. *Pacific Trading Corpn. of America,* 208 App. Div. 802, affirmed.

(Argued January 26, 1925; re-argument ordered February 25, 1925; re-argued April 6, 1925; decided May 5, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial

department, entered April 9, 1924, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term which vacated and set aside, on the ground of fraud, an arbitration agreement between the parties, the award in favor of defendant purporting to have been made thereunder, and the judgment in favor of defendant theretofore entered upon said award.

*Kenneth M. Spence* and *Charles M. Travis* for appellant.
*William D. Guthrie, Isidor J. Kresel* and *Bernard Hershkopf* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, ANDREWS and LEHMAN, JJ.; CRANE, J., dissents on the ground that the findings do not sustain the judgment. Absent: McLAUGHLIN, J.